# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

148113-5

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MORGAN T. FISHER,
      Plaintiff-Appellant,

v

JORDI LLORÉ JUSTRIBO,
      Defendant-Appellee.
_____/

In re F L FISHER, Minor.

SC: 148113; 148115
COA: 312106; 314077
Leelanau CC Family Division:
2009-008198-DM

SC: 148114
COA: 313387
Leelanau CC Family Division:
12-008704-NA

_____/

On order of the Court, the application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0128